| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0861 3:17CR30013-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:25-CR-139-KGB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| | **FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS Jul 28, 2025 Tammy H. Downs, Clerk By: ForrestDunn D.C. DEP CLERK | Western District of Arkansas | Harrison Division |
| Brandon Vazquez | | NAME OF SENTENCING JUDGE | |
| | | Honorable P.K. Holmes, III | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/16/2023 — TO 06/15/2026 |

**OFFENSE**

Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Vazquez has resided in the Eastern District of Arkansas since the commencement of his supervised release and has no intentions of returning to the Western District of Arkansas.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Arkansas _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of Arkansas _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ July 15, 2025 _____
*Date*

_____ *(signature)* _____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ Arkansas _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ July 28, 2025 _____
*Effective Date*

_____ Kristine G. Baker _____
*United States District Judge*

1

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 2 5 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:17CR30013-001 |
| v. | ) | |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| BRANDON VAZQUEZ | ) | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about October 13, 2017, in the Western District of Arkansas, Harrison Division, the

Defendant, **BRANDON VAZQUEZ**, having been previously convicted of a crime punishable by

imprisonment exceeding one year, knowingly possessed the following firearm: Russian model

SKS 7.63x39 Caliber Rifle, serial number MNMH3079, which had been shipped and transported

in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1) and § 924(a)(2).

A True Bill.

KENNETH ELSER
UNITED STATES ATTORNEY

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

By:

Dustin S. Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125

AO 245B (Rev. 02/18)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | Case Number:    3:17CR30013-001 |
| BRANDON VAZQUEZ | ) | USM Number:    14894-010 |
| | ) | James B. Pierce |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    One (1) of the Indictment on January 11, 2018.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 10/13/2017 | 1 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 16, 2018
Date of Imposition of Judgment

/s/ P.K. Holmes, III
Signature of Judge

Honorable P.K. Holmes, III, Chief United States District Judge
Name and Title of Judge

May 16, 2018
Date

AO 245B  (Rev. 02/18)    Judgment in Criminal Case
                         Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___7___

DEFENDANT:          BRANDON VAZQUEZ
CASE NUMBER:        3:17CR30013-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:     **fifty-seven (57) months.**

☒  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be a candidate to participate in the Residential Drug Abuse Program (RDAP).

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

USDC Western District of Arkansas

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
    Sheet 3 — Supervised Release

| | Judgment—Page 3 of 7 |
|---|---|

DEFENDANT:   BRANDON VAZQUEZ
CASE NUMBER:  3:17CR30013-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :  **three (3) years**.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (check if applicable)

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

USDC Western District of Arkansas

AO 245B (Rev. 02/18)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___7___

DEFENDANT:        BRANDON VAZQUEZ
CASE NUMBER:      3:17CR30013-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

USDC Western District of Arkansas

AO 245B(Rev. 02/18)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page ___5___ of ___7___

DEFENDANT:        BRANDON VAZQUEZ
CASE NUMBER:   3:17CR30013-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and as directed by the U.S. Probation Office.

2. The defendant shall submit to a search of his person, real and/or personal property, residence, place of business or employment, and/or vehicle(s) conducted by the U.S. Probation Office based upon reasonable suspicion of criminal activity or a violation of any condition of supervised release.

USDC Western District of Arkansas

AO 245B (Rev. 02/18)    Judgment in a Criminal Case
                Sheet 5 — Criminal Monetary Penalties

Judgment — Page   6   of    7  

DEFENDANT:        BRANDON VAZQUEZ
CASE NUMBER:    3:17CR30013-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ -0- | $ -0- | $ -0- |

☐   The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered until after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS**        $ _____    $ _____

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐   the interest requirement is waived for    ☐  fine    ☐  restitution.

    ☐   the interest requirement for    ☐  fine    ☐  restitution is modified as follows:

*    Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
                        Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:        BRANDON VAZQUEZ
CASE NUMBER:      3:17CR30013-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payment of $ ___100.00___ due immediately.

    ☐   not later than _____ , or
    ☐   in accordance with  ☐  C   ☐  D,   ☐  E, or    ☐ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
         _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
         _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
         term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
         imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

USDC Western District of Arkansas

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
## CRIMINAL DOCKET FOR CASE #: 3:17−cr−30013−TLB−1

Case title: USA v. Vazquez

Date Filed: 10/25/2017

Date Terminated: 05/16/2018

Assigned to: Honorable Timothy
L. Brooks

Appeals court case number:
18−2137 8th Circuit Court of
Appeals

### Defendant (1)

**Brandon Vazquez**
*TERMINATED: 05/16/2018*

represented by **Brandon Vazquez**
14894−010
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 9000
FORREST CITY, AR 72336
PRO SE

**James B. Pierce**
Office of the Federal Public Defender
Judge Isaac C. Parker Fed Bldg.
30 S. 6th Street
Room 205
Fort Smith, AR 72901
(479) 782−1097
Fax: (479) 782−0525
Email: james_pierce@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:922(g)(1) & 18:924(a)(2); FELON IN POSSESSION OF A FIREARM (1) | SENTENCED TO FIFTY−SEVEN (57) MONTHS IMPRISONMENT; THREE (3) YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT; NO FINE IMPOSED |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dustin S. Roberts** |
| | | U.S. Attorney's Office |
| | | 414 Parker Avenue |
| | | P.O. Box 1524 |
| | | Fort Smith, AR 72902 |
| | | 479−783−5125 |
| | | Fax: 479−441−0578 |
| | | Email: Dustin.Roberts@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2017 | 1 | INDICTMENT as to Brandon Vazquez (1) count(s) 1. (rg) (Entered: 10/27/2017) |
| 10/25/2017 | 2 | **THIS DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND COURT USERS.**<br><br>Citation Calendar as to Brandon Vazquez. (rg) (Entered: 10/27/2017) |
| 10/25/2017 | 3 | **THIS DOCUMENT IS RESTRICTED TO COURT USERS ONLY.**<br><br>Citation Sheets as to Brandon Vazquez. (rg) (Entered: 10/27/2017) |
| 10/26/2017 | 4 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Arrest Warrant Issued as to Brandon Vazquez. (rg) (Entered: 10/27/2017) |
| 10/26/2017 | 5 | PETITION and ORDER for Writ of Habeas Corpus Ad Prosequendum as to Brandon Vazquez returnable by November 14, 2014 at 10:00 a.m. Signed by Honorable Mark E. Ford on October 26, 2017. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg). (Entered: 10/27/2017) |

| 10/26/2017 | 6 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Writ of Habeas Corpus ad Prosequendum Issued as to Brandon Vazquez to appear in Fort Smith, Arkansas on November 14, 2017 at 10:00 a.m. Delivered to USMS for service. (rg) Modified on 10/30/2017 to correct text (rg). (Entered: 10/27/2017) |
|---|---|---|
| 11/14/2017 | 7 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>PRETRIAL REPORT in case as to Brandon Vazquez. (jdb) (Entered: 11/14/2017) |
| 11/14/2017 | | Case unsealed as to Brandon Vazquez. (djm) (Entered: 11/14/2017) |
| 11/14/2017 | 8 | TEXT ONLY Minute Entry for proceedings held before Honorable Mark E. Ford: Arraignment as to Brandon Vazquez (1) Count 1 held on 11/14/2017; not guilty plea entered to the Indictment. Attorney James B. Pierce, Public Defender Appointment, for Brandon Vazquez present. Dustin S. Roberts appeared for USA. Defense counsel and counsel for USA request discovery in open court. Defendant waived the issue of detention. Defendant remanded to custody of the U.S. Marshals Service. Jury Trial set for 1/8/2018 09:00 AM in Fort Smith −− 1st flr (Rm 1004) before Honorable P. K. Holmes III. (Debbie Maddox−Digital Recorder) (Proceedings held in Fort Smith−Room 226) (djm) (Entered: 11/14/2017) |
| 11/14/2017 | 9 | CJA 23 Financial Affidavit by Brandon Vazquez.<br><br>**THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**<br><br>(djm) (Entered: 11/14/2017) |
| 11/14/2017 | | **TEXT ONLY ORDER APPOINTING COUNSEL James B. Pierce for Brandon Vazquez, Federal Public Defender Appointed. Defendant is entitled to counsel but cannot afford to hire an attorney; therefore, the Federal Public Defender is appointed to represent defendant in all further proceedings herein. Signed by Honorable Mark E. Ford on November 14, 2017. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (djm) (Entered: 11/14/2017)** |
| 11/14/2017 | 10 | **ORDER OF DETENTION as to Brandon Vazquez. Defendant waived the issue of detention. Signed by Honorable Mark E. Ford on November 14, 2017. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (djm) (Entered: 11/14/2017)** |
| 11/14/2017 | 11 | **PRETRIAL SCHEDULING ORDER as to Brandon Vazquez, establishing pretrial deadlines and setting case for jury trial on 1/8/2018 9:00 AM. Signed by Honorable Mark E. Ford on November 14, 2017. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (djm) (Entered: 11/14/2017)** |
| 12/26/2017 | 12 | **TEXT ONLY ORDER SETTING CHANGE OF PLEA HEARING as to Brandon Vazquez. JURY TRIAL CANCELED. Change of Plea Hearing set for 1/11/2018 10:30 AM in Fort Smith −− 1st flr (Rm 1004) before Honorable P. K. Holmes III. The Change of Plea Hearing is set at the request of the Defendant. Time excluded from December 22, 2017 until January 11, 2018. See 18 U.S.C. 3161(h)(1)(D). Signed by Honorable P. K. Holmes, III on December 26, 2017. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (jas) (Entered: 12/26/2017)** |
| 01/11/2018 | 13 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Honorable P. K. Holmes, III: Change of Plea Hearing as to Brandon Vazquez held on 1/11/2018. Plea entered by Brandon Vazquez (1) Guilty Count 1. (Rick Congdon−Court Reporter) (jas) (Entered: 01/11/2018) |
| 01/11/2018 | 14 | PLEA AGREEMENT as to Brandon Vazquez. (jas) (Entered: 01/11/2018) |
| 03/06/2018 | 15 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>INITIAL DISCLOSURE COPY OF PRESENTENCE INVESTIGATION REPORT (SEALED) in case as to Brandon Vazquez. Response or Objections to PSR due by 3/20/2018. (Attachments: # 1 Counsel Instructions)(sga) (Entered: 03/06/2018) |
| 03/06/2018 | 16 | **ORDER Setting a Sentencing Hearing as to Brandon Vazquez. Sentencing set for 5/16/2018 at 01:30 PM in Fort Smith −− 3rd flr (Rm 310) before Honorable P. K. Holmes III. Any sentencing memorandum should be filed by April 25, 2018. Any letters of support should be provided to the U.S. Probation Office by May 11, 2018. See attached Order for specifics. Signed by Honorable P. K. Holmes, III on March 6, 2018. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (jas) (Entered: 03/06/2018)** |
| 03/16/2018 | 17 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>RESPONSE/OBJECTION(S) TO 15 PRESENTENCE INVESTIGATION REPORT (Sealed) by Brandon Vazquez. (Pierce, James) Modified on 3/19/2018 to grant applicable access(tg). (Entered: 03/16/2018) |
| 03/19/2018 | 18 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>RESPONSE/OBJECTION(S) TO 15 PRESENTENCE INVESTIGATION REPORT (Sealed) by USA as to Brandon Vazquez. (Roberts, Dustin) Modified on 3/20/2018 to grant applicable party access (tg). (Entered: 03/19/2018) |
| 03/30/2018 | 19 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>FINAL PRESENTENCE INVESTIGATION REPORT (SEALED) in case as to Brandon Vazquez. (See Addendum for PSR revisions) (Attachments: # 1 Addendum)(sga) (Entered: 03/30/2018) |
| 03/30/2018 | 20 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>SENTENCING RECOMMENDATION as to Brandon Vazquez. (sga) (Entered: 03/30/2018) |
| 05/16/2018 | 21 | Minute Entry for proceedings held before Honorable P. K. Holmes, III: Sentencing as to Brandon Vazquez held on 5/16/2018. (Rick Congdon−Court Reporter) (jas) (Entered: 05/16/2018) |
| 05/16/2018 | 22 | **JUDGMENT as to Brandon Vazquez (1), Count(s) 1, SENTENCED TO FIFTY−SEVEN (57) MONTHS IMPRISONMENT; THREE (3) YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT; NO FINE IMPOSED. Signed by Honorable P. K. Holmes, III on May 16, 2018. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (tg) (Entered: 05/16/2018)** |
| 05/16/2018 | 23 | |

| | | |
|---|---|---|
| | | STATEMENT OF REASONS as to Brandon Vazquez filed pursuant to the entry of the 22 Judgment.<br><br>**THIS DOCUMENT IS FILED UNDER SEAL.**<br><br>Signed by Honorable P. K. Holmes, III on May 16, 2018. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (tg) (Entered: 05/16/2018) |
| 05/24/2018 | 24 | NOTICE OF APPEAL − Final Judgment by Brandon Vazquez re 22 Judgment,. (Pierce, James) (Entered: 05/24/2018) |
| 05/24/2018 | 25 | TRANSCRIPT REQUEST by Brandon Vazquez for proceedings held on January 11, 2018 before Judge P.K. Holmes III, re 24 Notice of Appeal − Final Judgment (atty) filed by Brandon Vazquez. A copy of this transcript request has been furnished to Rick Congdon−Court Reporter for Judge P K Holmes. (Pierce, James) (Entered: 05/24/2018) |
| 05/24/2018 | 26 | TRANSCRIPT REQUEST by Brandon Vazquez for proceedings held on May 16, 2018 before Judge P.K. Holmes III, re 24 Notice of Appeal − Final Judgment (atty) filed by Brandon Vazquez. A copy of this transcript request has been furnished to Rick Congdon−Court Reporter for Judge P K Holmes. (Pierce, James) (Entered: 05/24/2018) |
| 05/24/2018 | 27 | NOA SUPPLEMENT FORM re 24 Notice of Appeal − Final Judgment (atty) filed by Brandon Vazquez. (src) (Entered: 05/24/2018) |
| 05/29/2018 | 28 | USCA Scheduling Order as to 24 Notice of Appeal − Final Judgment (atty) filed by Brandon Vazquez. Case Appealed to 8th Circuit Court of Appeals Case Number 18−2137. Appeal Record and Transcript due by 6/14/2018. (Attachments: # 1 USCA Letter)(src) (Entered: 05/29/2018) |
| 05/29/2018 | 29 | **ORDER of USCA Appointing the Federal Public Defender to represent, or continue to represent, the Defendant, Brandon Vazquez re 24 Notice of Appeal − Final Judgment (atty). (src) (Entered: 05/29/2018)** |
| 06/04/2018 | 30 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea as to Brandon Vazquez held on January 11, 2018, before Judge P.K. Holmes, III. Court Reporter/Transcriber Rick Congdon, Telephone number 479−783−1466. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber. After the Release of Transcript Restriction deadline, it, or a redacted transcript, may be obtained through the Court Reporter/Transcriber or PACER A Notice of Intent to Request Redaction of the Transcript <u>MUST</u> be filed within **7 calendar days** of the filing of the transcript and served manually on the court reporter/transcriber. Redaction Request due 6/25/2018. Redacted Transcript Deadline set for 7/5/2018. Release of Transcript Restriction set for 9/4/2018. (src) (Main Document 30 replaced on 6/4/2018) (src). (Entered: 06/04/2018) |
| 06/04/2018 | 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing as to Brandon Vazquez held on May 16, 2018, before Judge P.K. Holmes, III. Court Reporter/Transcriber Rick Congdon, Telephone number 479−783−1466. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber. After the Release of Transcript Restriction deadline, it, or a redacted transcript, may be obtained through the Court Reporter/Transcriber or PACER A Notice of Intent to Request Redaction of the Transcript <u>MUST</u> be filed within **7 calendar days** of the filing of the transcript and served manually on the court |

| | | |
|---|---|---|
| | | reporter/transcriber. Redaction Request due 6/25/2018. Redacted Transcript Deadline set for 7/5/2018. Release of Transcript Restriction set for 9/4/2018. (src) (Main Document 31 replaced on 6/4/2018) (src). (Entered: 06/04/2018) |
| 06/04/2018 | 32 | TRANSMITTAL SHEET re 24 Notice of Appeal − Final Judgment (atty) filed by Brandon Vazquez to 8 USCA (src) (Entered: 06/04/2018) |
| 06/04/2018 | | Appeal Deadlines Terminated as to Brandon Vazquez re 24 Notice of Appeal − Final Judgment (atty) filed by Brandon Vazquez. Transcript filed 6/4/18. (hnc) (Entered: 09/27/2018) |
| 09/04/2018 | | Terminated Transcript Deadlines per release of #30 #31 as to Brandon Vazquez: (src) (Entered: 09/04/2018) |
| 12/20/2018 | 33 | MANDATE of USCA affirming district court decision as to 24 Notice of Appeal − Final Judgment (atty) as to Brandon Vazquez. (Attachments: # 1 USCA Opinion, # 2 USCA Judgment)(src) (Entered: 12/20/2018) |
| 08/06/2020 | 34 | MOTION for Compassionate Release by Brandon Vazquez. (lgd) (Entered: 08/06/2020) |
| 08/17/2020 | 35 | RESPONSE to Motion by USA as to Brandon Vazquez re 34 MOTION for Release from Custody (Roberts, Dustin) (Entered: 08/17/2020) |
| 09/03/2020 | 36 | **ORDER denying 34 Motion for Compassionate Release as to Brandon Vazquez (1). Signed by Honorable P. K. Holmes III on September 3, 2020. (src) (Entered: 09/03/2020)** |
| 02/10/2022 | 37 | MOTION for Credit toward Federal Sentence by Brandon Vazquez. (tg) (Entered: 02/10/2022) |
| 02/10/2022 | 38 | **TEXT ONLY ORDER directing the Government to Respond to the 37 MOTION for Credit toward Federal Sentence on or before February 24, 2022. Signed by Honorable P. K. Holmes III on February 10, 2022. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (jch) (Entered: 02/10/2022)** |
| 02/23/2022 | 39 | RESPONSE to Motion by USA as to Brandon Vazquez re 37 MOTION to Reduce Sentence (Roberts, Dustin) (Entered: 02/23/2022) |
| 03/03/2022 | 40 | **ORDER denying 37 Motion to Reduce Sentence as to Brandon Vazquez (1). Signed by Honorable P. K. Holmes III on March 3, 2022. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (tg) (Entered: 03/03/2022)** |
| 07/14/2025 | | Case Presiding Judge Reassigned to Honorable Timothy L. Brooks. Honorable P. K. Holmes III no longer assigned to the case as to Brandon Vazquez. (bjb) (Entered: 07/14/2025) |